# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2008

136124-5

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

KEVIN ROBERT MACKIN,
      Defendant-Appellant.
_____/

SC: 136124
COA: 281229
Wayne CC: 05-009694-01;
   06-001526-01

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JASON THOMAS WOZNIAK,
      Defendant-Appellant.
_____/

SC: 136125
COA: 281230
Wayne CC: 05-009694-02;
   06-001526-02

On order of the Court, the application for leave to appeal the February 5, 2008 orders of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2008

_____
Clerk

d0828